**356** PARKS vs. CIRCUIT JUDGE (Marquette), 38 M., 244.

To compel respondent to grant an order to stay waste in an action of ejectment.

Denied January 23, 1878.

Held, that an order to stay waste is discretionary and will not

be compelled by mandamus, and if one who is entitled to such order does not seek it in an affirmative suit at law or in equity, he has no remedy for its refusal.